COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
NO. 2-02-443-CV
IN RE GLENBROOK RESIDENTIAL, INC.                                       
RELATOR
------------
ORIGINAL PROCEEDING
------------
MEMORANDUM OPINION (1)
------------
We have considered relator's "Agreed Motion For Dismissal Of Mandamus
Proceeding." It is the court's opinion that the motion should be granted;
therefore, we dismiss this original proceeding.
Relator shall pay all costs of this original proceeding, for which let
execution issue.
 
PER CURIAM
 
PANEL B: WALKER, HOLMAN, and GARDNER, JJ.
[DELIVERED JANUARY 10, 2003]

1. See Tex. R. App. P. 47.4.